

**DLA Piper LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, New York  10020-1104
www.dlapiper.com

Garrett D. Kennedy
garrett.kennedy@dlapiper.com
T   212.335.4708
F   212.335.4501

March 19, 2019

**Via ECF**

Honorable John G. Koeltl, U.S.D.J.
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    RE:    *Tonra v. Kadmon Holdings, Inc., et al.*, **Case No. 1:18-cv-09028 (JGK)**

Dear Judge Koeltl:

    This firm represents Defendants Kadmon Holdings, Inc., Harlan Waksal, M.D., and John Ryan, M.D., Ph.D. (together, "Defendants") in the above-referenced matter.  We write pursuant to Your Honor's Individual Rules of Practice, Rule No. 2.G, to respectfully request oral argument on Defendants' Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), dated January 29, 2019, which seeks dismissal of Plaintiff's claims in their entirety.  We are available at the Court's convenience for the requested oral argument.

    We thank the Court for its attention to this matter.

    Respectfully submitted,

    **DLA Piper LLP (US)**

    */s/ Garrett D. Kennedy*

    Garrett D. Kennedy

cc:    Lawrence Pearson, Esq. (counsel for Plaintiff, via ECF)